870

No. 258, October Term, 1960. INTERSTATE COMMERCE COMMISSION *v.* CENTRAL VERMONT RAILWAY, INC., ET AL., 366 U. S. 272;

No. 266, October Term, 1960. UNITED STATES *v.* CENTRAL VERMONT RAILWAY, INC., ET AL., 366 U. S. 272;

No. 288, October Term, 1960. AMERICAN AUTOMOBILE ASSOCIATION *v.* UNITED STATES, 367 U. S. 687;

No. 329, October Term, 1960. UNITED STATES, TRUSTEE, *v.* OREGON, 366 U. S. 643;

No. 478, October Term, 1960. HORTON *v.* LIBERTY MUTUAL INSURANCE Co., 367 U. S. 348;

No. 486, October Term, 1960. GORI *v.* UNITED STATES, 367 U. S. 364;

No. 552, October Term, 1960. ESTATE OF CUNHA *v.* COMMISSIONER OF INTERNAL REVENUE, 364 U. S. 942;

No. 724, October Term, 1960. HAZELTON, ADMINISTRATOR, *v.* CITY OF SAN DIEGO ET AL., 366 U. S. 910;

No. 868, October Term, 1960. DENNY ET AL. *v.* BUSH ET AL., 367 U. S. 908;

No. 870, October Term, 1960. HOLEKAMP ET AL. *v.* HOLEKAMP LUMBER Co. ET AL., 366 U. S. 715;

No. 893, October Term, 1960. LICAVOLI *v.* UNITED STATES, 366 U. S. 936;

No. 920, October Term, 1960. MILLET ET AL. *v.* UNITED STATES, 366 U. S. 944;

No. 927, October Term, 1960. ROGERS ET AL. *v.* UNITED STATES, 366 U. S. 951;

No. 928, October Term, 1960. MILWAUKEE & SUBURBAN TRANSPORT CORP. *v.* COMMISSIONER OF INTERNAL REVENUE, 366 U. S. 965;

No. 948, October Term, 1960. CLIETT *v.* HAMMONDS ET AL., 366 U. S. 960; and

No. 959, October Term, 1960. AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, ET AL. *v.* QUESADA, ADMINISTRATOR, FEDERAL AVIATION AGENCY, 366 U. S. 962. Petitions for rehearing denied.